No. 03–6423.  TRICE *v.* SMITH, WARDEN.  C. A. 6th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 03M13.  NAKAHARA *v.* CALIFORNIA.  Motion for reconsideration of order denying leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner [*ante,* p. 805] denied.

No. 03M29.  WOODS *v.* UNITED STATES.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 132, Orig.  ALABAMA ET AL. *v.* NORTH CAROLINA.  It is ordered that Bradford R. Clark, Esq., of Washington, D. C., be appointed as Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem it necessary to call for.  The Special Master is directed to submit such reports as he may deem appropriate.

The compensation of the Special Master, the allowances to him, the compensation paid to his legal, technical, stenographic, and clerical assistants, the cost of printing his reports, and all other proper expenses, including travel expenses, shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct.  [For earlier order herein, see 539 U. S. 925.]

No. 02–1016.  TILL ET UX. *v.* SCS CREDIT CORP.  C. A. 7th Cir.  [Certiorari granted, 539 U. S. 925.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.  Motion of the Solicitor General to permit David B. Salmons to present oral argument *pro hac vice* granted.

No. 02–1205.  JONES ET AL., ON BEHALF OF HERSELF AND A CLASS OF OTHERS SIMILARLY SITUATED *v.* R. R. DONNELLEY & SONS CO.  C. A. 7th Cir.  [Certiorari granted, 538 U. S. 1030.]  Motion of respondent and Alabama for leave to allow Alabama to participate in oral argument as *amicus curiae* and for divided argument granted.